# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**SIDNEY PARK,**

        **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　　　　　　**Case No. 6:06-cv-882-Orl-22JGG**

**AMERICAN SERVICES OF CENTRAL FLORIDA, INC.,**

        **Defendant.**

_____

## ORDER

This cause is before the Court on Joint Motion for Approval of Settlement and request for dismissal of case (Doc. No. 27) filed on January 2, 2007.

The United States Magistrate Judge has submitted a Report recommending that the Motion be denied without prejudice.

After an independent *de novo* review of the record in this matter, and noting that the Plaintiff has filed a Notice that he intends to file an Amended Joint Motion for Approval of Settlement to address the issues raised in the Report and Recommendation, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendations. Therefore, it is **ORDERED** as follows:

    1.    The Report and Recommendation filed January 23, 2007 (Doc. No. 31) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.    The Joint Motion for Approval of Settlement and request for dismissal of case (Doc. No. 27) is DENIED, without prejudice.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on February 3, 2007.

ANNE C. CONWAY
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record