**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**SIDNEY PARK,**

           **Plaintiff,**

**-vs-**                                                **Case No.  6:06-cv-882-Orl-22UAM**

**AMERICAN SERVICES OF CENTRAL FLORIDA, INC.,**

           **Defendant.**

_____

**ORDER**

This cause is before the Court on Amended Motion to Approve Settlement (Doc. No. 37) filed on April 12, 2007.

The United States Magistrate Judge has submitted a report recommending that the Motion be granted in part.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendations.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed May 15, 2007 (Doc. No. 44) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Amended Motion to Approve Settlement (Doc. No. 37) is granted in part. The Court finds the payment by Defendant of $20,000.00 is a fair and reasonable settlement of a *bona*

*fide* dispute. However, the Court finds a reasonable fee for Plaintiff's counsel is $4,300.00, and recoverable costs is $370.00.

   3.  This case is DISMISSED WITH PREJUDICE.

   4.  The Clerk is directed to CLOSE the file.

  **DONE** and **ORDERED** in Chambers, in Orlando, Florida on June 4, 2007.

_____
ANNE C. CONWAY
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record